## In re Petition of Louis M. Erb.

## On Appeal of Louis M. Erb, Appellant, v. William A. Pridmore, Appellee.

## Gen. No. 18,483. (Not to be reported in full.)

Appeal from the County Court of Cook County; the Hon. JOHN E. OWENS, Judge, presiding. Heard in this court at the October term, 1912. Affirmed. Opinion filed February 2, 1914.

## Statement of the Case.

Petition by Louis M. Erb by Ada M. Erb, his wife and next friend, to the County Court for his release under the Insolvent Debtors' Act. Petitioner was held in custody under a *ca. sa.* issued on a judgment in tort for one thousand dollars recovered against him by William A. Pridmore. From an order dismissing the petition, petitioner appeals.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

GEORGE REMUS, for appellant.

FRANK P. SADLER, for appellee.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

## Abstract of the Decision.

EXECUTIONS, § 305*—*presumption in absence of bill of exceptions on appeal from order dismissing petition for discharge, Insolvent Debtors' Act.* On appeal from an order dismissing a petition filed in the County Court under the Insolvent Debtors' Act for release from custody under a *ca. sa.* issued on a judgment in tort, it will be presumed, in the absence of a bill of exceptions, that there was sufficient evidence to support the finding that malice was the gist of the action.